# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SASHA BOSEKE,

        Plaintiff,

vs.

THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; OFFICER SOLOMON COLEMAN, in his official capacity and individual capacity; DOES 1-10, inclusive and ROE CORPORATIONS 1-10, inclusive,

        Defendants.

Case No. 2:15-cv-00978-JCM-GWF

**ORDER**

      This matter is before the Court on Defendants' Joint Motion for Stay of Discovery (#17), filed on December 7, 2015. Plaintiff filed a Non-Opposition to Defendants' Motion (#20) on December 31, 2015.

      Defendants request that the Court stay discovery until Defendant Solomon Coleman's ("Coleman") criminal trial is completed. Coleman's trial is currently scheduled to go forward on February 16, 2016. Defendants represent that Plaintiff has recently propounded discovery to the Las Vegas Metropolitan Police Department ("LVMPD") which would subject it to disclosing sensitive information regarding the investigation of Coleman. LVMPD further represents that it is not opposed to producing Coleman's employment file, however, much of the information contained therein concerns official information such as Internal Affairs records that could prejudice Coleman in his criminal proceeding. The Court finds that Defendants have shown good cause for discovery to be stayed. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Joint Motion for Stay of Discovery (#17) is **granted**. Discovery is stayed pending the completion of Coleman's criminal proceeding pending

before the Eight Judicial District Court, case no.: C-13-294579-1.  However, no later than **January 19, 2016**, LVMPD is to produce Coleman's employment file but is not required to produce the Internal Affairs records or any other information contained therein that could prejudice Coleman in his criminal proceeding.  LVMPD must comply with Fed. R. Civ. P. 26(b)(5)(A)(ii) with regard to the withheld information.

**IT IS FURTHER ORDERED** that no later than **March 1, 2016**, the parties shall submit a status report as to whether Coleman's criminal proceedings commenced in February 2016.

**IT IS FURTHER ORDERED** that the motion hearing scheduled for January 6, 2016 at 1:30 p.m. is **vacated**.

DATED this 5th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge