KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SASHA BOSEKE, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; OFFICER SOLOMON COLEMAN, in his official capacity and individual capacity; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | 2:15-cv-00978-JCM-GWF |

**STIPULATION TO CONTINUE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT LVMPD'S MOTION FOR SUMMARY JUDGMENT, DOCK.#30 (FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, above named, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through its undersigned counsel, BRIANNA SMITH, ESQ., and Defendant SOLOMON COLEMAN, by and through his undersigned counsel, JEFFREY GRONICH, ESQ., that the Defendant LVMPD's motion for summary judgment, Dock.#30, filed on October 25, 2016, has a pending due date for a response by November 18, 2016, however, the parties agree to extend the time for the Plaintiff's response to December 2, 2016.

1

    This is the first request for an extension of time by the Plaintiff to file her response to the motion for summary judgment. This stipulation is entered into as Plaintiff's counsel needs additional time to prepare the response.

/s/Kirk T. Kennedy  
KIRK T. KENNEDY, ESQ.  
Nevada Bar No: 5032  
815 S. Casino Center Blvd.  
Las Vegas, NV 89101  
(702) 385-5534  
Attorney for Plaintiff  

Dated: 11/14/16

/s/Brianna Smith  
BRIANNA SMITH, ESQ.  
Nevada Bar No: 11795  
Marquis Aurbach Coffing  
10001 Park Run Drive  
Las Vegas, NV 89145  
(702) 382-0711  
Attorney for Defendant  
LVMPD  

Dated: 11/14/16

/s/Jeffrey Gronich  
JEFFREY GRONICH, ESQ.  
Nevada Bar No: 13136  
1810 E. Sahara Ave., Ste. 109  
Las Vegas, NV 89104  
(702) 430-6896  
Attorney for Defendant  
Solomon Coleman  

Dated: 11/14/16

## ORDER

IT IS SO ORDERED.

Dated November 16, 2016.

_____  
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/Kirk T. Kennedy  
KIRK T. KENNEDY, ESQ.  
Nevada Bar No: 5032  
Attorney for Plaintiff