**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
  Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SASHA BOSEKE,<br><br>          Plaintiff,<br><br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; OFFICER SOLOMON COLEMAN, in his official capacity and individual capacity; DOES 1-10, inclusive and ROE CORPORATIONS 1-10, inclusive,<br><br>          Defendants. | Case No.:   2:15-cv-00978-JCM-GWF |

### STIPULATION TO CONTINUE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT LVMPD'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 30) (THIRD REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Sasha Boseke ("Plaintiff"), by and through her attorney of record, Kirk T. Kennedy, Esq., Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorneys of record, Marquis Aurbach Coffing, and Defendant Solomon Coleman ("Coleman"), by and through his attorney of record, Jeffrey Gronich, Esq., that the Defendant LVMPD's motion for summary judgment (ECF No. 30), filed on October 25, 2016, has a pending due date for a response from Plaintiff by January 13, 2017 (ECF No. 37), however, the parties agree to extend the time for the Plaintiff's response to February 28, 2017.

/ / /

/ / /

MAC:05166-865 2978658_1 1/5/2017 2:06 PM

This is the third request for an extension of time by the Plaintiff to file her response to the motion for summary judgment. This stipulation is being entered into because the parties have resolved this case and are awaiting LVMPD to finalize settlement documents and therefore a response will likely not be necessary.

DATED this 4th day of January, 2017  DATED this 4th day of January, 2017

By: /s/ Kirk T. Kennedy
    Kirk T. Kennedy, Esq.
    Nevada Bar No. 5032
    815 South Casino Center Blvd.
    Las Vegas, Nevada 89101
    Attorney for Plaintiff Sasha Boseke

By: /s/ Brianna Smith
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Brianna Smith, Esq.
    Nevada Bar No. 11795
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant LVMPD

DATED this 4th day of January, 2017

By: /s/ Jeffrey Gronich
    Jeffrey Gronich, Esq.
    Nevada Bar No. 13136
    1810 E. Sahara Avenue, Suite 109
    Las Vegas, Nevada 89104
    Attorney for Defendant Solomon Coleman

IT IS SO ORDERED January 6, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:05166-865 2978658_1 1/5/2017 2:06 PM